No. 71–604. WHITE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 71–608. C. T. S. Co., INC. *v.* CORNWELL QUALITY TOOLS Co.; and

No. 71–697. CORNWELL QUALITY TOOLS Co. *v.* C. T. S. Co., INC. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted in No. 71–608. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 446 F. 2d 825.

No. 71–5162. PADILLA *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 71–5286. SOSTRE *v.* OSWALD, COMMISSIONER OF CORRECTIONS, ET AL. C. A. 2d Cir. Motion of Wisconsin Judicare for leave to file a brief as *amicus curiae* and to dispense with printing brief granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.